THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN 
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, 
 Respondent,
 
 
 

 
v.
 
 
 
 
 Jason Barnhill, 
 Appellant. 
 
 
 

Appeal From Williamsburg 
 County
 Clifton Newman, Circuit Court 
 Judge

Unpublished Opinion 
 No. 2004-UP-311
 Submitted February 20, 2004 
  Filed May 7, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate 
 Defender Robert M. Pachak, of Columbia, for Appellant
 Attorney General 
 Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Charles H. Richardson, all of Columbia; 
 and  Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  
 Jason Barnhill pled guilty to robbery and was sentenced to seven years imprisonment.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Barnhills counsel 
 attached a petition to be relieved as counsel.  Barnhill did not file a pro 
 se response. 
After review of the 
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Barnhills 
 appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, 
 and KITTREDGE, JJ., concurring.
 

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.